JS-6

```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                 3/2/2021

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:      CW        DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO GARCIA, | Case No.: CV 19-07784-CJC (SKx) |
| Plaintiff, | |
| v. | JUDGMENT |
| WAL-MART ASSOCIATES, INC. and DOES 1 through 20, inclusive, | |
| Defendant. | |

Plaintiff Gustavo Garcia brings this action against Defendant Wal-Mart Associates, Inc. ("Walmart").  On December 21, 2020, Walmart moved for summary judgment on eight of Plaintiff's nine claims.  (Dkt. 31.)  The Court granted that motion.  (Dkt. 51.) Most recently, the parties' cross-motions for summary judgment on Plaintiff's final claim came before the Court.  Having considered the evidence and arguments presented, the Court hereby **ORDERS** that:

1. Walmart's motion for summary judgment (Dkt. 74) is **GRANTED**.

2. Plaintiff's motion for summary judgment (Dkt. 55) is **DENIED**.

3. Plaintiff shall take nothing on his complaint against Walmart.

4. Judgment is hereby entered in favor of Walmart and against Plaintiff.

DATED: March 2, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE